■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAUDIO ORTIZ, Appellant. [698 NYS2d 221] —Judgment, Supreme Court, Bronx County (John Byrne, J.), rendered September 17, 1997, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The court properly revoked its promise of a more lenient disposition upon successful completion of a drug program and sentenced defendant to a prison term where defendant absconded from the assigned residential drug program after only two and one-half weeks, and remained at large for almost five months thereafter, notifying no one (*People v Johnson*, 254 AD2d 49). The court was not obligated to conduct a hearing, *sua sponte*, when defendant claimed for the first time at sentencing that he had been threatened by another participant in the program. Such a circumstance, even if true, would not excuse defendant's conduct. Concur—Nardelli, J. P., Tom, Mazzarelli, Wallach and Buckley, JJ.